FILED

11/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0256

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0256

_____

WILLIAM JAMES RUPNOW, JR.,

      Plaintiff and Appellant,

  v.

MONTANA STATE AUDITOR AND
COMMISSIONER OF INSURANCE; MIKE
WINSOR; JENNIFER HUDSON; and XYZ
government subdivision,

      Defendants and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kaydee Snipes Ruiz, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2023